948

No. 337, Misc.   DICKEY v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *D. Wendell Reid* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 347, Misc.   JOHNSON v. ARKANSAS.   Supreme Court of Arkansas.   Certiorari denied.   Petitioner *pro se. Bruce Bennett,* Attorney General of Arkansas, and *Richard B. Adkisson,* Assistant Attorney General, for respondent.

No. 406, Misc.   CLARK v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 408, Misc.   LAUGESEN v. OHIO.   Supreme Court of Ohio.   Certiorari denied.   *Ronald M. Benjamin* for petitioner.   *John T. Corrigan* and *Harvey R. Monck* for respondent.

No. 429, Misc.   FLETCHER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 437, Misc.   FRAZIER v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.